# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | * |
| | *  NO.  13-13813 |
| **Kimberly Brown Eady** | * |
| | * |
| | *  Chapter 13 |
| **Debtor(s).** | * |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR(S)

New Address:    Kimberly Brown Eady
P.O. Box 8993
Chattanooga, TN 37414-8993


/s/ Mark T. Young
MARK T. YOUNG            005303
2895 Northpoint Blvd
Hixson, TN  37343
Phone: (423) 870-5225
Fax:    (423) 877-0363
E-mail: Attorney@marktyoung.com