GERALD M. SHAPIRO
  Admitted in Illinois & Florida only
JOE M. KIRSCH
  Admitted in Tennessee only
GRADY I. INGLE
  Admitted in North Carolina only

SHARON N. FEWELL
  Admitted in Arkansas and Tennessee
BONNIE B. CULP
  Admitted in Tennessee only
BRIDGET COLE
  Admitted in Tennessee only



10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216

VOICE (704) 333-8107
FAX (704) 333-8156
http://www.shapiro-ingle.com

MATTHEW W. GRAVES
  Admitted in Kentucky and Tennessee
PHILIP BROOKS
  Admitted in Tennessee only
MICHAEL A. DENNIE
  Admitted in Mississippi and Tennessee

May 7, 2015

Mr. William T. Magill
Clerk of Court, United States Bankruptcy Court
Eastern District of Tennessee
220 West Depot Street
Greeneville, TN 37743
SENT VIA EMAIL: Will_Magill@tneb.uscourts.gov

RE: Substitution of Counsel – Matthew Graves

Dear Mr. Magill:

Please let this letter service as notice that as of May 8, 2015, Matthew Graves is no longer handling bankruptcy matters for Shapiro & Ingle, LLP, f/k/a Shapiro & Kirsch, LLP. Over the course of the past six years, Mr. Graves has filed numerous pleadings on behalf of the firm in matters pending in the Eastern District of Tennessee, including Notices of Appearance, Proofs of Claim, Motions for Relief, and other necessary pleadings.

I am requesting that I, Bonnie Culp, be substituted as counsel of record in all matters where Mr. Graves is listed as the counsel of record through May 8, 2015. I am admitted to practice in Tennessee and duly licensed to appear in courts throughout the Eastern District of Tennessee. Enclosed is an ECF report detailing all pending cases in which Mr. Graves serves as counsel of record. By my signature on this letter, I consent to the substitution of counsel all cases in which Matthew Graves was entered as counsel of record prior to May 8, 2015.

I have also enclosed a standard Order for the consideration of Chief Judge Parsons. If you need further information or documentation, please let me know. Thank you for your assistance.

Sincerely,

*Bonnie Culp*
Bonnie Culp (BPR # 14741)

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: | ) |
| | ) |
| Substitution of Counsel | ) |
| | ) |

## ORDER OF SUBSTITUTION OF COUNSEL

Attorney Bonnie Culp has advised the Clerk of Court via letter that Matthew Graves is no longer handling matters for Shapiro & Ingle, LLP, f/k/a Shapiro & Kirsch, LLP in the Eastern District of Tennessee, and requests that she be substituted as counsel of record in all cases in which Matthew Graves was listed by the clerk as counsel of record through May 8, 2015. Ms. Culp has advised the Clerk that she consents to be substituted as counsel of record in the necessary cases. The Court will treat the letter of Ms. Culp as a motion for substitution of counsel in all of the necessary cases in all divisions of the United States Bankruptcy Court for the Eastern District of Tennessee and said motion is granted. The Clerk of Court will take the appropriate action to reflect the substitution of counsel in the necessary cases, and a docket entry will be created in each to reflect the substitution of counsel for the particular creditor in that case.

_____
Honorable Marcia Phillips Parsons,
Chief Judge, United States Bankruptcy Court,
Eastern District of Tennessee

May 11, 2015
Date